UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-2983

UNITED STATES OF AMERICA

v.

KHALED MIAH,
Appellant

(W.D. Pa. No. 2-21-cr-00110-001)

Present:  CHAGARES, Chief Judge, RESTREPO and FREEMAN, Circuit Judges

1.  Motion by Appellee to Publish Opinion dated September 20, 2024

                                                        Respectfully,
                                                        Clerk/tmm
_____ORDER_____
        IT IS HEREBY ORDERED that the motion to designate the panel opinion as precedential is hereby granted.

                                                        By the Court,

                                                        s/L. Felipe Restrepo
                                                        Circuit Judge

Dated: October 18, 2024
CJG/cc:      Laura S. Irwin, Esq.
             Jeffrey M. Smith, Esq.
             Allie J. Hallmark, Esq.
             Sufia M. Khalid, Esq.
             Charles D. Swift, Esq.